# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LESLIE CONKLIN, | No. 4:18-CV-02128 |
| Plaintiff, | (Judge Brann) |
| v. | |
| HAWBAKER ENGINEERING, LLC, and GLENN O. HAWBAKER, INC, | |
| Defendant. | |

## ORDER

**AND NOW**, this 21st day of October 2019, in accordance with the accompanying memorandum opinion, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (ECF No 32) is **DENIED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge